JESSE S. FINLAYSON, SBN 179443
*jfinlayson@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 270
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:    949.759.3812

Attorneys for Plaintiff and Judgment Creditor
MAUREEN SLOAN

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ALBERTO L. NEIRA and ELSY O. NEIRA,<br><br>Debtors. | Case No. 8:15-bk-14831-CB<br><br>Chapter 7<br><br>Adv. Proc. No. 8:16-ap-01006-CB |
| MAUREEN SLOAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO L. NEIRA, an individual,<br><br>Defendant. | **JUDGMENT CREDITOR'S MOTION FOR ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE WRIT OF EXECUTION**<br><br>**[No Additional Notice or Hearing Required per L.B.R. 7069-1(a) and 9013-1(q)]** |

TO THE UNITED STATES BANKRUPTCY COURT:

Plaintiff and Judgment Creditor Maureen Sloan, by her attorney, moves this Court for an order appointing a designated private registered process server employed by ASAP Legal, LLC to serve the Writ of Execution issued by the Clerk of Court in the above-entitled action. This motion is made on the ground that the United States Marshal for the Central District of California does not levy on writs and requires a court order appointing a private process server to enforce federal judgments.

On June 13, 2016, this Court entered judgment in favor of Plaintiff and against Defendant Alberto L. Neira in the amount of $1,000,000.00. Adv. ECF No. 13. On September 23, 2021, the Clerk of this Court issued a Writ of Execution in the amount of $1,036,105.21. Adv. ECF No. 30. Plaintiff is now attempting to enforce the judgment by levying on one or more of the Judgment Debtor's bank accounts.

Under Local Bankruptcy Rule 7064-1, the United States Marshals Service must generally serve a writ of execution issued pursuant to Federal Rule of Civil Procedure 69. However, the use of the United States Marshal is discouraged. *See* L.B.R. 7069-1. The Court may appoint a private person for such purpose upon application and order. *See* L.B.R. 7064-1. No additional notice or hearing on this Motion is required pursuant to Local Bankruptcy Rules 7069-1(a) and 9013-1(q). *See* L.B.R. 7069-1(a), 9013-1(q). In the instant case, the United States Marshals Service Central District of California, Civil Division, has requested that Plaintiff obtain a court order appointing a private process server to levy upon the Writ of Execution issued by the Clerk of Court. A proposed Order is being uploaded with this Motion.

DATED: November 18, 2021   FINLAYSON TOFFER
ROOSEVELT & LILLY LLP

By: */s/ Jesse S. Finlayson*
Jesse S. Finlayson

Attorneys for Plaintiff and Judgment Creditor Maureen Sloan

Case 8:16-ap-01006-ES    Doc 32    Filed 11/18/21    Entered 11/18/21 11:53:07    Desc
Main Document    Page 3 of 3

## **PROOF OF SERVICE**

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 270, Irvine, California 92618.

On November 18, 2021, I served a true and correct copy of the following document(s), entitled **JUDGMENT CREDITOR'S MOTION FOR ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE WRIT OF EXECUTION**

___ **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

___ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

___ **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

___ **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on November 18, 2021, at Irvine, California.

*/s/ Hind AbdulKader*
Hind AbdulKader