JESSE S. FINLAYSON, SBN 179443
*jfinlayson@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 270
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:   949.759.3812

Attorneys for Plaintiff and Judgment Creditor
MAUREEN SLOAN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ALBERTO L. NEIRA and ELSY O. NEIRA,<br><br>              Debtors. | Case No. 8:15-bk-14831-CB<br><br>Chapter 7<br><br>Adv. Proc. No. 8:16-ap-01006-CB |
| MAUREEN SLOAN, an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>ALBERTO L. NEIRA, an individual,<br><br>              Defendant. | **ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE WRIT OF EXECUTION** |

On motion of Plaintiff and Judgment Creditor Maureen Sloan and for good cause shown,

**IT IS HEREBY ORDERED** that a designated private registered process server of ASAP Legal, LLC is authorized and appointed to serve the Writ of Execution issued by this Court on September 23, 2021 (Adv. ECF No. 30) in the above-entitled action on Defendant and Judgment Debtor Alberto Neira.

# # #