U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MAUREEN SLOAN | 8:16-ap-01006-CB |
| DEFENDANT | TYPE OF PROCESS |
| ALBERTO L. NEIRA | WRIT OF EXECUTION-LEVY |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHASE BANK

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3978 BARRANCA PARKWAY, IRVINE, CA 92606

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JESSE S FINLAYSON
FINLAYSON TOFFER ROOSEVELT & LILLY LLP
15615 ALTON PARKWAY, SUITE 270
IRVINE, CA 92618

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

**FILED**
**JAN 31 2022**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (949) 759-3810
DATE: 11/24/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 12/3/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | | | 65 | | | |

REMARKS:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jesse S. Finlayson, Esq. (SBN 179443)<br>FINLAYSON TOFFER ROOSEVELT & LILLY LLP<br>15615 Alton Parkway, Suite 270<br>Irvine, CA 92618 | (949) 759-3810 | |
| ATTORNEY FOR (Name): PLAINTIFF and JUDGMENT CREDITOR | Ref: No. or File No.<br>SLOAN v. NEIRA | |

Insert name of court and name of judicial branch court, if any:
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: ALBERTO L. NEIRA and ELSY O. NEIRA, Debtor.

MAUREEN SLOAN, an individual
v.
ALBERTO L. NEIRA, an individual

| PROOF OF SERVICE<br>LEVY PROCESS | Levy Officer File # | | DEPT./DIV.: | CASE NUMBER: 8:15-bk-14831-CB<br>ADVERSARY NO.: 8:16-ap-01006-CB |
|---|---|---|---|---|

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    a. NOTICE OF LEVY (Enforcement of Judgment) [Notified as a person other than the judgment debtor: Financial Institution]; WRIT OF EXECUTION; MEMORANDUM OF GARNISHEE

    b. NOTICE OF LEVY (Enforcement of Judgment) [Notified as a Judgment Debtor]; WRIT OF EXECUTION; CLAIM OF EXEMPTION (Enforcement of Judgment); FINANCIAL STATEMENT; EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS; CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS

3. a. *Party served*: CHASE BANK

   b. *Person served*: Farzaneh Haghoo, associate banker, authorized to accept.

4. *Address where the party was served*: 3978 Barranca Parkway, Irvine, CA 92606

5. *I served the party*:
   a. **by personal service**. I personally delivered the documents listed in item 2a to the party or person authorized to receive service of process for the party (1) on: December 3, 2021 (2) at: 12:15 p.m.

6. Copies of the documents listed under item 2 b. above, were mailed from <u>Santa Ana, CA</u> to the Judgment Debtor(s) listed below on <u>December 3, 2021</u> in a sealed envelope by first-class mail, postage prepaid as follows:

    Alberto L. Neira
    61 E. Yale Loop
    Irvine, CA 92604

7. Person Who Served Papers:
a. Frank Harrigan
ASAP Legal Solution
1607 James M. Wood Blvd.
Los Angeles, CA 90015
(213)252-2000

b. I am: (3) Registered California Process Server
Registration No.: 1530
County: ORANGE

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 3, 2021    Signature: _____

PROOF OF SERVICE
LEVY PROCESS

[OC31001966.rxc]